# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| RUSSELL A. VANDERSTEEN, | Civil No. 06-2251 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

___

Russell Vandersteen, #06629-089, FPC – Duluth, Post Office Box 1000, Duluth, MN 55814, pro se plaintiff.

Lonnie Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for ninety days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: March 30, 2010
at Minneapolis, Minnesota.

                                                                               s/ John R. Tunheim
                                                                             JOHN R. TUNHEIM
                                                     United States District Judge